**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00264-CR

### EX PARTE ORLANDO GUTIERREZ

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90023-W**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying the relief sought by appellant's article 11.072 application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record, which shall include all of the documents related to the habeas corpus application and the State's response, the trial court's order, and the trial court's certification of appellant's right to appeal, within **TWENTY-ONE DAYS** of the date of this order.

We **ORDER** Darline LaBar, official court reporter of the 363rd Judicial District Court, to file, within **TWENTY-ONE DAYS** of the date of this order, either the reporter's record of the habeas corpus proceeding or written verification that no hearings were recorded.

We **ORDER** appellant to file his brief by **APRIL 18, 2014**. We **ORDER** the State to file its brief by **MAY 9, 2014**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **JUNE 2, 2014**, to a panel consisting of Justices Moseley, O'Neill, and FitzGerald.

/s/     DAVID EVANS
         JUSTICE